UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLIFFORD GILL,

          Plaintiff,
v.                              Case No. 8:09-cv-507-T-33MAP

ONEAMERICA SECURITIES, INC.,

          Defendants.
_____/

## ORDER

This matter comes before the Court pursuant to Defendant's motion to dismiss counts I, II, and III of the complaint (Doc. # 3), which was filed on March 20, 2009, as well as the parties' joint stipulation on Defendant's motion to dismiss counts I, II, and III of the complaint (Doc. # 10), which was filed on April 20, 2009.

The parties request an order (1) substituting American United Life Insurance Company, Inc. as defendant in the place of OneAmerica Securities, Inc.; (2) dismissing counts II and III of the complaint with prejudice with each party to bear their own costs and attorney's fees incurred in connections with these claims; (3) requiring American United Life Insurance Company, Inc. to file an answer to count I of the complaint within ten days.

Upon due consideration of the motion and related stipulation, this Court finds it appropriate to grant the

relief requested by the parties, and this Court adopts the parties' stipulation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' joint stipulation on Defendant's motion to dismiss counts I, II, and III of the complaint (Doc. # 10) is **APPROVED.**

(2) Defendant's motion to dismiss counts I, II, and III of the complaint (Doc. # 3) is **GRANTED** to the extent that counts II and III of the complaint are dismissed with prejudice with each party to bear their own costs and attorney's fees incurred in connections with these claims.

(3) American United Life Insurance Company, Inc. is substituted in the place of OneAmerica Securities, Inc. as the Defendant in this case.

(4) American United Life Insurance Company, Inc. shall to file an answer to Count I of the complaint within ten days of the date of this order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>20th</u> day of April, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record