UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLIFFORD GILL,**
    Plaintiff,

v.                                                 Case No. 8:09-CIV-507-T-33MAP

**AMERICA UNITED LIFE
INSURANCE CO., INC.,**
    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

The Plaintiff, CLIFFORD GILL, by and through undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Compel Discovery, and states as follows:

1. Defendant filed a Motion to Compel Discovery (for responses to Interrogatories and Request for Production) on February 4, 2010.

2. Since the filing of the Motion to Compel, Plaintiff has served answers to Defendant's Interrogatories.

3. Since the filing of the Motion to Compel, Plaintiff has produced responsive documents to undersigned counsel, and the undersigned will produce them to Defendant upon completion of review, anticipated to be within a few business days.

4. An additional five (5) business days is requested to complete the responses as described above.

5. Plaintiff, by and through his undersigned counsel, has in good faith communicated with counsel for Defendant that good faith responses to the

Request for Production are nearly completed.

6. Counsel for Defendant does not oppose this Motion under the circumstances.

WHEREFORE, the Plaintiff, CLIFFORD GILL, respectfully requests this Honorable Court to enter an order extending the deadline to respond to Defendant's Motion to Compel Discovery to February 22, 2010 or some other date this Court deems proper under the circumstances.

Respectfully submitted this 15th day of February, 2010.

        THE MEYERS FIRM, P.A.

        S/Richard F. Meyers
        Richard F. Meyers, Esquire
        9340 N. 56th Street, Suite 220A
        Temple Terrace, Florida 33617
        (813)985-6550
        (813)985-5282 (fax)
        rmeyers@meyersfirm.com
        Fla. Bar No. 0893315
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof has been sent via electronic mail to counsel for Defendant, Veronica Vellines, Esquire (vvellines@abbeyadams.com) this 15th day of February, 2010.

        S/Richard F. Meyers